# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RANDY MARVIN SWISHER, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> SUPERINTENDENT, WESTVILLE ) <br> CORRECTIONAL FACILITY, ) <br> ) <br> Respondent. ) | CAUSE NO.: 3:12-CV-128-TLS |

## OPINION AND ORDER

On March 15, 2012, the Petitioner, Randy Marvin Swisher, filed a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [ECF No. 1] challenging his 2008 convictions in the Porter Superior Court for aggravated battery and battery with a deadly weapon. This Court reviewed the Petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases and dismissed it without prejudice for want of jurisdiction because the Petitioner filed a previous petition for writ of habeas corpus challenging the same convictions, which was denied on the merits. (Opinion & Order, ECF No. 6.) The Court advised the Petitioner that if he can obtain leave of the United States Court of Appeals for the Seventh Circuit to file a second or successive habeas corpus application under section 2254, he may refile his Petition for writ of habeas corpus in this Court. (*Id.* 2.)

The Petitioner filed a Motion to Amend Judgment [ECF No. 8] arguing that his present Petition is not a second or successive petition for writ of habeas corpus, which this Court denied on June 4, 2012 [ECF No. 9], and a Motion to Amend Original Petition, or Reconsider Filing Habeas Corpus [ECF No. 10], which this Court denied on July 2, 2012 [ECF No. 11]. The Petitioner has now filed a Notice of Appeal [ECF No. 12].

Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, the Court must consider whether to grant the Petitioner a certificate of appealability. To obtain a certificate of appealability, a petitioner must make a substantial showing of the denial of a constitutional right by establishing "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quotation marks omitted).

When the court dismisses a petition on procedural grounds, the determination of whether a certificate of appealability should issue has two components. *Id.* at 484–85. First, the petitioner must show that reasonable jurists would find it debatable whether the court was correct in its procedural ruling. *Id.* at 484. Next, the petitioner must show that reasonable jurists would find it debatable whether the petition states a valid claim for denial of a constitutional right. *Id.* To obtain a certificate of appealability, the petitioner must satisfy both components. *Id.* at 485.

For the reasons stated in the Court's Opinion and Order dismissing this Petition for want of jurisdiction [ECF No. 6], this Court concludes that the Petitioner's attempt to file a petition for writ of habeas corpus must be dismissed because it would be a second or successive petition without leave of the circuit court. Jurists of reason could not debate the correctness of this procedural ruling or find a reason to encourage the Petitioner to proceed further.

For the foregoing reasons, the Court DENIES the Petitioner a certificate of appealability.

SO ORDERED on August 27, 2012.

     s/ Theresa L. Springmann
     THERESA L. SPRINGMANN
     UNITED STATES DISTRICT COURT
     FORT WAYNE DIVISION